on an instructed verdict and the question presented was, as it was in Barr's case, whether, viewed in the light most favorable to the plaintiff's case, a jury question was presented, we have no such situation here. The sole question presented here is whether, viewing the evidence in the light most favorable to the judgment, we can say of it that it does not support the judgment. We are of the clear opinion that we cannot do so.

The judgment was right. It is affirmed.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The order granting a new trial from which the plaintiff has appealed is an interlocutory order and, therefore, not appealable. The court is accordingly without jurisdiction of the appeal.

The appeal will be dismissed without costs to either party.

George PETERSON, Appellant,

v.

Herman S. MOORE.

No. 12534.

United States Court of Appeals
Third Circuit.

Argued and Decided May 13, 1958.

John P. S. O'Connor, Pittsburgh, Pa. (Evans, Ivory & Evans, Pittsburgh, Pa., on the brief), for appellant.

. Sherman T. Rock, Pittsburgh, Pa. (Andrew C. Van Gorder, Paul, Lawrence & Rock, Pittsburgh, Pa., Joseph J. Lee, Clearfield, Pa., on the brief), for appellee.

James W. ZIPPERER, Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee.

No. 16613.

United States Court of Appeals
Fifth Circuit.

April 30, 1958.

